MAY M. GUGEL et al., Respondents, *v.* EVERETT S. HISCOX et al., Appellants.

Reported below, 154 App. Div. 956.
(Argued February 23, 1914; decided March 3, 1914.)

MOTION to dismiss an appeal from a final judgment, entered December 3, 1913, upon an order of the Appellate Division of the Supreme Court in the second judicial department affirming an interlocutory judgment in favor

of plaintiffs entered upon a decision of the court on trial at Special Term in an action to set aside an agreement and a deed on the ground of fraud and for an accounting.

The motion was made on the ground that the appeal was frivolous and taken only for purpose of delay.

*Robert F. Manning* for motion.

*Thomas Young* opposed.

Motion denied, with ten dollars costs.